VIA ECF

# Weil, Gotshal & Manges LLP

767 Fifth Avenue
New York, NY 10153-0119
+1 212 310 8000 tel
+1 212 310 8007 fax

**Benjamin E. Marks**
+1 (212) 310-8000
benjamin.marks@weil.com

March 4, 2025

Hon. Margaret M. Garnett
United States District Judge
Southern District of New York
40 Foley Square, Room 2102
New York, NY 10007

Re: *UMG Recordings, Inc. et al. v. Believe S.A. et ano.*, No. 1:24-cv-08406-MMG

Dear Judge Garnett:

On behalf of defendants Believe S.A. and TuneCore, Inc. (collectively, "Defendants"), and with the consent of all plaintiffs, we write to advise the Court that the parties have agreed to engage in private mediation to see if they can resolve this dispute without further burdening the Court. The parties agree that the mediation is more likely to be successful if the parties can devote their full attention toward a resolution and are not simultaneously litigating claims and counterclaims. Accordingly, we respectfully request a 90-day extension of Defendants' time to file their response to the Complaint—from March 6, 2025 to June 4, 2025—as well as corresponding 90-day adjournments of the parties' March 12, 2025 deadline to file the proposed case management plan and the March 19, 2025 Initial Pre-Trial Conference. All parties have consented to the requested extension.

The Court previously granted an extension of TuneCore's time to respond to the Complaint in order to align its response deadline with that of foreign defendant Believe (ECF No. 19), and subsequently granted Defendants a 30-day extension (ECF No. 30). Other than the items referenced in the first paragraph, there are no other scheduled dates that would be affected by this request.

Respectfully submitted,

*/s/ Benjamin E. Marks*

Benjamin E. Marks

cc:    All counsel of record (via ECF)

Request GRANTED. In order to facilitate mediation of this matter, Defendants' deadline to answer or otherwise respond to the Complaint is extended to June 4, 2025. The Initial Pretrial Conference is ADJOURNED to June 18, 2025 at 9:30 a.m., and the parties shall file their proposed case management plan by June 11, 2025. The Clerk of Court is respectfully directed to terminate Dkt. No. 31.

SO ORDERED. Dated March 5, 2025.

MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE