VIA ECF

**Weil, Gotshal & Manges LLP**

767 Fifth Avenue
New York, NY 10153-0119
+1 212 310 8000 tel
+1 212 310 8007 fax

**Jared R. Friedmann**
+1 (212) 310-8828
jared.friedmann@weil.com

June 30, 2025

Hon. Margaret M. Garnett
United States District Judge
Southern District of New York
40 Foley Square, Room 2102
New York, NY 10007

Re: *UMG Recordings, Inc. et al. v. Believe S.A. et al.*, No. 1:24-cv-08406-MMG

Dear Judge Garnett:

On behalf of defendants Believe S.A. and TuneCore, Inc., and with the consent of all plaintiffs, we write to provide an update pursuant to the Court's May 15 Order. The parties conducted an in-person mediation before Hon. Louis M. Meisinger (Ret.) on June 23 and 24, 2025. The parties were unable to resolve their disputes, but are continuing to exchange proposals, including with the assistance of Judge Meisinger.

Respectfully submitted,

*Jared R. Friedmann*

Jared R. Friedmann

cc:   All counsel of record (via ECF)