December 3, 2025

To the Clerk of Court
Pro Se Intake Unit
United States District Court
Southern District of New York
Re: Case No. 1:24-cv-08406 (UMG Recordings, Inc. et al. v. Believe S.A. et al.)

Dear Clerk,

This letter is submitted to correct the court's docket for the above-referenced case.

On November 28, 2025, I, Sundiata Bakaba, filed my Motion to Intervene as of Right. The original submission included a complete set of ten (10) supporting exhibits, labeled A through J.

It has come to my attention that certain exhibits were not properly filed due to formatting issues. Accordingly, I am re-submitting flattened, court-compliant versions of the missing exhibits, which are:
1. Exhibit D
2. Exhibit E
3. Exhibit I
4. Exhibit J

Attached to this letter as Exhibit 1 is a screenshot confirming my original filing was submitted to the Pro Se Intake Unit via email on November 28, 2025. The complete set of exhibits was included in that transmission.

I respectfully request that these four exhibits be made part of the record and attached to my pending Motion to Intervene (filed November 28, 2025) for the Court's review.

Thank you for your assistance in correcting this record.

Respectfully submitted,

Sundiata Bakaba
155 rue du chateau des rentiers hall 40
Paris France
+33 7 68 41 50 70




1:24-cv-08406 - Bakaba - Moti... 

 Me   Nov 29 
To: ProSe@nysd.uscourts.gov & 1 more

From:

Sundiata Bakaba
rankax@yahoo.fr

To:

ProSe@nysd.uscourts.gov

CC:

rankax@yahoo.fr

Date:

Nov 29 at 12:12 AM

1:24-cv-08406

Sundiata David Bakaba

155 rue du chateau des rentiers hall 40, Paris, 75013, France

Show trimmed content



1:24-cv-08406 - Bakaba - Moti...

- EXHIBIT A: U.S. Copyright Registratio...
- EXHIBIT B_French Bailiff's Report _co...
- Exhibit C Declaration FTC & BBB.pdf
- EXHIBIT D_Dogg Pound Contracts & ...
- EXHIBIT E_ Bret Lewis Evidence Pack...
- EXHIBIT F_Retainer Agreement with ...
- EXHIBIT G_Evidence of Attorney Aba...
- EXHIBIT H_Communications with Beli...

 EXHIBIT I_Email from Daz Dillinger (R…

 EXHIBIT J_Correspondence with Opp…

 Delete      Reply      Reply All      Forward     ••• More