1155 AVENUE OF THE AMERICAS, NEW YORK, NY 10036-2711          **JENNER&BLOCK** LLP

December 18, 2025

Gianni Servodidio
Tel +1 212 891 1620
Fax 212 891 1699
GServodidio@jenner.com

**VIA ECF**
Hon. Margaret M. Garnett
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re:  *UMG Recordings, Inc. et al. v. Believe S.A. et al.*, No. 1:24-cv-08406 (MMG)

Dear Judge Garnett:

We represent UMG Recordings, Inc., Capitol Records, LLC, Capitol CMG, Inc., ABKCO Music & Records, Inc., and Concord Music Group, Inc. (collectively, "Plaintiffs"). With the consent of Defendants Believe S.A. and TuneCore, Inc. (collectively, "Defendants'), we write on behalf of all Parties to respectfully request a brief telephonic status conference with the Court at its earliest convenience prior to December 24th if possible so the Parties may update the Court on the status of their progress in resolving the case amicably and the potential need for a further case management order. The parties further request that all pending deadlines, including the December 19, 2025 deadline for Defendants to respond to the Complaint, the January 7, 2026 deadline to file a proposed case management plan, and the January 14, 2026 Initial Case Management Conference, be adjourned pending that status conference. No other deadlines would be affected by the adjournment request.

The Court previously granted an extension of defendant TuneCore, Inc.'s time to respond to the Complaint in order to align its response deadline with that of foreign defendant Believe S.A. (ECF No. 19) and subsequently granted Defendants several further extensions in order to facilitate mediation of this matter before the Honorable Louis M. Meisinger (Ret.). *See* ECF Nos. 30, 32, 34, 38, 40, 44. Most recently, in order to facilitate the parties' ongoing discussions and in light of progress made, the Court granted a further extension until December 19, 2025 and rescheduled the other case deadlines. *See* ECF No. 47.

We very much appreciate the Court's consideration of this request.

                        Respectfully submitted,

                        */s/ Gianni P. Servodidio*
                        Gianni P. Servodidio
                        *Counsel for Plaintiffs*

cc:    All Counsel of Record via ECF