**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UMG RECORDINGS, INC., CAPITOL RECORDS, LLC, CAPITOL CMG, INC., ABKCO MUSIC & RECORDS, INC., and CONCORD MUSIC GROUP, INC., <br><br>      Plaintiffs, <br><br> v. <br><br> BELIEVE S.A. and TUNECORE, INC, <br><br>      Defendants. | Case No.: 24-cv-8406-MMG |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs UMG Recordings, Inc., Capitol Records, LLC, Capitol CMG, Inc., ABKCO Music & Records, Inc., and Concord Music Group, Inc., jointly with Defendants Believe S.A. and TuneCore, Inc., by and through their respective undersigned counsel, hereby stipulate to dismissal with prejudice of all claims in the above-captioned action, with all parties to bear their own costs and fees.

[Signature block on the next page]

1

Dated:    April 3,2026

Gianni P. Servodidio (GS-0713)
gservodidio@jenner.com
Allison N. Douglis (#5711015)
adouglis@jenner.com
Andrew C. Elliott (#5839022)
aelliott@jenner.com
JENNER & BLOCK LLP
1155 Avenue of the Americas
New York, NY 10036-2711
Phone: (212) 891-1600
Facsimile: (212) 891-1699

*Attorneys for Plaintiffs*

Respectfully submitted:

Benjamin E. Marks
benjamin.marks@weil.com
Todd Larson
todd.larson@weil.com
Jared R. Friedmann
jared.friedmann@weil.com
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000

Kenneth L. Steinthal
KING & SPALDING LLP
50 California Street, Suite 3300
San Francisco, CA 94111
Telephone: (415) 318-1200
ksteinthal@kslaw.com

Attorneys for Defendants

2